**Daniel Page** (Bar No. 9019)
665 SW Nugget St.
Mountain Home, Idaho 83647
(208) 870-3820 Telephone
Drpage@email.wm.edu

*Attorney for Plaintiff Diane Page*

**Terrence S. Jones** (Bar No. 5811)
Quane Jones McColl, PLLC
US Bank Plaza
101 S. Capitol Boulevard, Suite 1601
P.O. Box 1576
Boise, Idaho 83701
(208) 780-3939 Telephone
tsj@quanelaw.com

**Edna S. Kersting** (Bar No. 6277775 (Illinois))
(admission *pro hac vice*)
Wilson Elser
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
(312) 821-6162 Telephone
edna.kersting@wilsonelser.com

*Attorneys for Defendant*
*Principal Life Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| DIANE PAGE, ) | |
| ) | Cause No. 1:15-cv-569-BLW |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | **STIPULATION OF DISMISSAL** |
| PRINCIPAL LIFE INSURANCE COMPANY, ) | **PURSUANT TO RULE** |
| an Iowa corporation, ) | **41(a)(1)(A)(ii)** |
| ) | |
| Defendant. ) | |
| ) | |

1

2089361v.1

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereto stipulate that Plaintiff Diane Page ("Plaintiff") hereby withdraws and dismisses with prejudice her claims against Defendant Principal Life Insurance Company. The parties further stipulate that each party shall bear its/her own attorneys' fees and costs incurred in this action.

Dated this 25th day of April, 2016

By: /s/ Daniel Page (with consent)
      Daniel Page
      Attorney for Plaintiff

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ Edna S. Kersting
      Edna S. Kersting
      Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 25. 2016, a true and correct copy of the above and foregoing pleading was served via electronic mail, on the person(s) listed below:

***Attorney for Plaintiff***
Daniel Page
665 SW Nugget St.
Mountain Home, ID 83647

        ___*/s/ Edna S. Kersting*_____
          Edna S. Kersting

2089361v.1