UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIANE PAGE,<br><br>              Plaintiff,<br><br>   v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>              Defendant. | Case No. 1:15-cv-00569-BLW<br><br>**ORDER** |

The Court has before it the parties' Stipulation of Dismissal (Dkt. 18). Good cause appearing, the Court will grant the stipulation and dismiss this case in its entirety with prejudice.

**ORDER**

**IT IS ORDERED:**

1. The parties' Stipulation of Dismissal (Dkt. 18) is **GRANTED**, and this case is dismissed, with prejudice.

**ORDER - 1**

2.  The Court will issue a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: **April 26, 2016**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**