UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIANE PAGE,<br><br>                Plaintiff,<br><br>    v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>                Defendant. | Case No. 1:15-cv-00569-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice.

DATED:  **April 26, 2016**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT - 1